KAREN S. FRANK (No. 130887)
Email: kfrank@howardrice.com
SARAH M. KING (No. 189621)
Email: sking@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

FILED

AUG 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BROADCAST MUSIC, INC. et al,

Plaintiffs,

v.

NEW PEE WEE MULDOON'S BAR &
GRILL, INC. d/b/a PEE WEE
MULDOON'S/DAI-ICHI SUSHI, MILAN M.
PETROVICH and KENNETH E. BENNERT,
each individually,

Defendants.

No. C07-0368 RMW

Action Filed January 18, 2007

[proposed] ORDER GRANTING
REQUEST TO WAIVE CLIENT'S
PARTICIPATION AT MEDIATION

The Court rules as follows:

Pursuant to ADR Local Rule 6-9(e), a BMI representative will be available to participate in the Mediation on September 11, 2007 by telephone. The Request to waive the requirement that a BMI representative attend the Mediation in person is GRANTED.

IT IS SO ORDERED.

DATED:  8/8          , 2007.

_____
THE HONORABLE WAYNE D. BRAZIL

PROPOSED ORDER RE REQ TO WAIVE CLIENT'S PARTICIPATION AT MEDIATION   C07-0368
-1-