1  KAREN S. FRANK (No. 130887)
   Email: kfrank@howardrice.com
2  SARAH M. KING (No. 189621)
   Email: sking@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:    415/434-1600
6  Facsimile:    415/217-5910

7  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION       *E-FILED - 12/6/07*

12 | BROADCAST MUSIC, INC. et al,      | No. C07-0368 RMW
13 |                                   |
   |        Plaintiffs,                | Action Filed January 18, 2007
14 |                                   |
   |    v.                             | JOINT REQUEST FOR STAY OF
15 |                                   | PROCEEDINGS AND ORDER
16 | NEW PEE WEE MULDOON'S BAR &       |
   | GRILL, INC. d/b/a PEE WEE         |
17 | MULDOON'S/DAI-ICHI SUSHI, MILAN M.|
   | PETROVICH, RHONDA PETROVICH,      |
18 | STEVE KRAUT and KATHY KRAUT, each |
   | individually,                     |
19 |                                   |
   |        Defendants.                |

## JOINT STIPULATION FOR STAY OF PROCEEDINGS

All parties to this action jointly request that the Court enter an order staying all further proceedings in the litigation. Plaintiffs and Defendants have been engaged in settlement discussions, which have advanced significantly. The parties nonetheless agree that it would be productive to continue these settlement discussions and that this litigation could become unnecessary within a relatively short period of time. In order to avoid the burden and potentially unnecessary expense of litigating this action while settlement negotiations are concluding, and in order to avoid the potentially needless commitment of judicial resources

-1-

JNT. STIP. FOR A STAY OF ALL PROCEEDINGS AND [xxxxx] ORDER    07-0368 RMW

1  to this appeal, the parties hereby jointly request that this Court stay all proceedings in this
2  action.
3     Plaintiffs BROADCAST MUSIC, INC. ("BMI") filed a complaint in this Court
4  alleging federal copyright infringement against Defendants New Pee Wee Muldoon's Bar
5  and Grill/d/b/a Pee Wee Muldoon's/Dai-Ichi Sushi, Milan M. Petrovich and Kenneth
6  Bennert, Case No. C07-0368 RMW, and subsequently filed a First Amended Complaint to
7  dismiss Defendant Kenneth Bennert and to add Defendants Rhonda Petrovich, Steve Kraut
8  and Kathy Kraut. The parties settled in principle and entered into a Settlement Agreement
9  and Release (the "Settlement Agreement"). Pursuant to the Settlement Agreement,
10 Defendants are to pay BMI a settlement amount, due and payable over time. An initial
11 settlement payment (the "Initial Settlement Payment") is due and payable no later than
12 January 10, 2008, with the remaining settlement payments due over a 12-moonth period.
13 The parties have agreed to a Stipulated Consent Judgment, to be submitted to the Court for
14 entry should Defendants default on any one of the subsequent settlement payments.
15    The parties have agreed that, once BMI receives the Initial Settlement Payment and
16 such Payment clears, BMI will dismiss the action, requesting that the Court retain
17 jurisdiction solely for the purpose of entering the Stipulated Consent Judgment, should it be
18 filed.
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

| | |
|---|---|
| 1 | The parties therefore jointly request that the Court enter its order staying all further |
| 2 | proceedings in this action, pending BMI's receipt and the clearance of the Initial Settlement |
| 3 | Payment. If the Court wishes to include a provision in the order requiring the periodic filing |
| 4 | of a status report, BMI will be pleased to provide any such required reports. |

DATED: November 14, 2007.

Respectfully,

KAREN S. FRANK
SARAH M. KING
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation

By: /s/ Sarah King
    KAREN S. FRANK
    SARAH M. KING

Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

DATED: November 13, 2007.

SCOTT ZIMMERMAN

By: /s/ Scott Zimmerman
    SCOTT ZIMMERMAN

Attorneys for Defendants NEW PEE WEE MULDOON'S BAR & GRILL, INC. d/b/a PEE WEE MULDOON'S/DAI-ICHI SUSHI, MILAN M. PETROVICH, RHONDA PETROVICH, STEVE KRAUT and KATHY KRAUT

# ORDER STAYING ALL FURTHER PROCEEDINGS

GOOD CAUSE APPEARING, and pursuant to a joint request by all parties for entry of this order, all further proceedings in this action are stayed. Any party may apply for relief from this stay at any time for good cause. [Plaintiff is directed to file with this court and serve upon all other parties to this action a status report in 90 days informing the court of any events relevant to the continuing prosecution of this action, unless the case has been dismissed.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/6/07

*Ronald M. Whyte*
_____
THE HON. RONALD M. WHYTE
DISTRICT COURT JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN